1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                      FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   MARCO HUDSON,                              1:08-cv-00781-TAG HC

10              Petitioner,                     ORDER OF TRANSFER

11        vs.

12   JAMES A. YATES,

13              Respondent.

14   _____/

15        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

16   28 U.S.C. § 2254, in the Fresno Division of the United States District Court for the Eastern District

17   of California.

18        The federal venue statute requires that a civil action, other than one based on diversity

19   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

20   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

21   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

22   is situated, or  (3) a judicial district in which any defendant may be found, if there is no district in

23   which the action may otherwise be brought." 28 U.S.C.  §  1391(b).

24        In a habeas matter, venue is proper in either the district of conviction or the district of

25   confinement.  28 U.S.C. § 2241(d).  Where a petitioner attacks the execution of his sentence, the

26   proper forum in which to review such a claim is the district of confinement.  See Dunn v. Henman,

27   875 F.2d 244, 249 (9th Cir. 1989)(stating, in a 28 U.S.C. § 2241 action, that "[t]he proper forum to

28                                             1

1  challenge the execution of a sentence is the district where the prisoner is confined.")

2         In this case, Petitioner is challenging a conviction from Amador County, which is in the

3  Sacramento Division of the Eastern District of California.  Therefore, the matter should be addressed

4  in the forum where Petitioner was convicted.  Thus, the petition should have been filed in the

5  Sacramento Division of the United States District Court for the Eastern District of California.

6  Pursuant to Local Rule 3-120, a civil action which has not been commenced in the proper division of

7  a court may, on the Court's own motion, be transferred to the proper division of the court.

8  Therefore, this action will be transferred to the Sacramento Division of this Court.

9         Good cause appearing, IT IS HEREBY ORDERED that:

10        1.  This action is transferred to the United States District Court for the Eastern District of

11  California sitting in Sacramento; and,

12        2.  All future filings shall reference the new Sacramento case number assigned and shall be

13  filed at:

14        United States District Court
          Eastern District of California
15        501 "I" Street, Suite 4-200
          Sacramento, CA 95814
16

17
    IT IS SO ORDERED.
18
    Dated:   **August 11, 2008**                          **/s/ Theresa A. Goldner**
19        _____                                     UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28
                                                    2