IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO HUDSON,

    Petitioner,                    No. CIV S-08-1887 GGH P

    vs.

JAMES A. YATES, et al.,         ORDER and

    Respondents.             FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        In considering whether to dismiss an action as frivolous pursuant to § 1915(d), the court has especially broad discretion. Conway v. Fugge, 439 F.2d 1397 (9th Cir. 1971). The Ninth Circuit has held that an action is frivolous if it lacks arguable substance in law and fact. Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984). The court's determination of whether a complaint or claim is frivolous is based on "'an assessment of the substance of the claim presented, i.e., is there a factual and legal basis, of constitutional dimension, for the asserted wrong, however inartfully pleaded.'" Franklin, 745 F.2d at 1227 (citations omitted).

        Petitioner's petition was transferred to this court from the Fresno Division of the Eastern District of California on August 14, 2008. The court's own records reveal that on June 10, 2008, the Fresno Division transferred another action to this court, CIV S-08-1302 MCE GGH P,

1

containing virtually identical allegations against the same respondents.[1] Due to the duplicative nature of the present action, the court finds it frivolous and, therefore, recommends that the petition be dismissed. 28 U.S.C. § 1915(d).[2]

IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 09/11/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

hudson.1887

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

[2] The original petition in CIV S-08-1302 was filed June 6, 2008, in the Fresno Division, whereas the original petition in the instant action was filed June 5, 2008, in the Fresno Division. Although CIV S-08-1302 was technically filed earlier than the instant action, the court will dismiss the instant action as duplicative because CIV S-08-1302 was transferred first to this court and has a pending motion to dismiss.