IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO HUDSON,

    Petitioner,        No. CIV S-08-1887 LKK GGH P

  vs.

JAMES YATES, et al

    Respondents.       ORDER

_____/

        On September 11, 2008, the court recommended that this action be dismissed on grounds that it is duplicative of another action filed in this court. Petitioner has not responded to these findings and recommendations. However, on September 19, 2008, petitioner filed a pleading stating that his law library access is limited because Facility A is on lockdown. The court construes this pleading as a request for extension of time.

        Accordingly, IT IS HEREBY ORDERED that petitioner is granted twenty days from the date of this order to file objections to the September 11, 2008, findings and recommendations.

DATED: November 10, 2008

                                              /s/ Gregory G. Hollows

hud1887.eot                                  UNITED STATES MAGISTRATE JUDGE

1